IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE MALBORN-REDDIX, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:11-cv-00906 ABJ |
| ) | |
| v. ) | |
| ) | |
| HOWARD UNIVERSITY d/b/a ) | |
| HOWARD UNIVERSITY HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the parties' Joint Motion for Approval of Settlement in the above-captioned case, and having reviewed the Settlement Agreement and General Release in this case *in camera*, this Court finds that its terms are fair and reasonable, and therefore it is this _____ day of _____, 2011, hereby

ORDERED that the Settlement Agreement and General Release submitted by the parties for *in camera* review shall be and hereby is APPROVED.

SO ORDERED.

_____
AMY BERMAN JACKSON
U.S. DISTRICT COURT JUDGE

Copies to counsel via ECF

13856181v.1