UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE MALBORN-REDDIX, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOWARD UNIVERSITY ) <br> d/b/a Howard University Hospital, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 11-0906 (ABJ) |

**FILED**
OCT 24 2011
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

**ORDER**

Upon consideration of the parties' Joint Motion for Approval of Settlement in the above-captioned case, and having reviewed the Settlement Agreement and General Release in this case *in camera*, this Court finds that its terms are fair and reasonable, and therefore it is

**ORDERED** that the Settlement Agreement and General Release submitted by the parties for *in camera* review shall be and hereby is **APPROVED**.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: 10/24/11