IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOUISE MALBORN-REDDIX, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:11-cv-00906 ABJ |
| v. | ) ) ) | |
| HOWARD UNIVERSITY d/b/a HOWARD UNIVERSITY HOSPITAL, | ) ) ) ) | |
| Defendant. | ) | |

STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Karla Grossenbacher, #442544 | Phillip B. Zipin, #367362 |
| SEYFARTH SHAW LLP | George C. Greenberg, #MD 17291 |
| 975 F. Street, NW | THE ZIPIN LAW FIRM, LLC |
| Washington, D.C. 20004 | 8403 Colesville Road, Suite 610 |
| (202) 463-2400 (ph) | Silver Spring, MD 20910 |
| (202) 828-5393 (fax) | (301) 587-9373 (ph) |
| | (301) 587-9397 (fax) |
| Counsel for Defendant | Counsel for Plaintiff |

Dated: October 24, 2011

13868266v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served, via ECF, this 24th day of October, 2011 upon:

>Phillip B. Zipin
>Gregg C. Greenberg
>The Zipin Law Firm, LLC
>8403 Colesville Road, Suite 610
>Silver Spring, MD 20910

>/s/
>Karla Grossenbacher